MARY CULLINAN et al., Respondents, v. 61 RIVERSIDE DRIVE COR-
PORATION, Defendant, and WEST CONTRACTING Co., INC.,
Appellant.

Argued January 10, 1952; decided January 25, 1952.

*William L. Shumate* and *Frederick M. Garfield* for appellant.
*Archie E. Latto* and *Thomas J. O'Neill* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.